344 A.2d 468
**COMMONWEALTH of Pennsylvania**
v.
**James ISABELL, Appellant.**

Supreme Court of Pennsylvania.

Argued June 30, 1975.

Decided Oct. 3, 1975.

Rudolph S. Pallastrone, Geo. A. Boschetti, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Daniel McElhatton, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgments of sentence affirmed.